IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYMON MCCOMBS, | 1:09-cv-01781-SMS (HC) |
| Petitioner, | |
| vs. | ORDER TO SHOW CAUSE RE PETITIONER'S FAILURE TO RESPOND TO THE COURT'S ORDER RE CONSENT OR REQUEST FOR REASSIGNMENT |
| UNNAMED, | |
| Respondent. | RESPONSE DUE IN 30 DAYS |
| _____/ | |

On November 23, 2009, the court issued an Order Re Consent or Request for Reassignment, requiring petitioner to complete and return the form within thirty (30) days, indicating either consent to the jurisdiction of the U.S. Magistrate Judge, or requesting that the case be reassigned to a U.S. District Judge.   The thirty (30)-day period has now expired, and petitioner has not returned the form, or otherwise responded to the court's order.

Local Rule 11-110 provides that "failure of counsel or of a party to comply with these Local Rules or with any order of the Court may be grounds for the imposition by the Court of any and all sanctions . . . within the inherent power of the Court."

Based on the foregoing, it is HEREBY ORDERED that within 30 days from the date of service of this order, petitioner shall complete and return the Order Re Consent or Request for Reassignment, a copy of which is attached hereto, or show cause, in writing, why the

1  case should not be dismissed for petitioner's failure to obey a court order.

2  IT IS SO ORDERED.

3  **Dated:    January 11, 2010**                         /s/ Sandra M. Snyder
                                                    UNITED STATES MAGISTRATE JUDGE